IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLAUDE LEE OWENS, JR.

Petitioner,                          No. CIV S-11-2004 KJM GGH P

vs.

R. HILL, Warden,

Respondent.                    ORDER

_____/

Examination of this action and the court's records reveals that the petitioner has previously filed a petition for relief in the same matter.[1]  (No. CIV S-08-1290 FCD EFB P.) Pursuant to Local Rule 190(d), the above-captioned action will be reassigned to the Judge and Magistrate Judge who considered the prior petition.

The parties should be aware that reassigning this action under Local Rule 190(d) merely has the result that the action is assigned to the Judge and Magistrate Judge who considered the prior petition; no consolidation of the actions is effected.

_____

[1]  A court may take judicial notice of court records.  See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

1        Accordingly, IT IS HEREBY ORDERED that:

2        1.  This action is reassigned to Judge Damrell and Magistrate Judge Brennan for

3   all further proceedings; henceforth, the caption on documents filed in this action shall be shown

4   as No. CIV S-11-2004 FCD EFB P; and

5        2.  The Clerk of the Court shall make appropriate adjustment in the assignment of

6   civil cases to compensate for this reassignment.

7   DATED: September 16, 2011

8                                         /s/ Gregory G. Hollows
                                      UNITED STATES MAGISTRATE JUDGE

9   owen2004.190
    GGH:015

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26